# MARTIN R. GOLDBERG, UNITED STATES MAGISTRATE JUDGE
# DISPOSITION SHEET

Duration of Proceeding: **15 min**

Proceeding Recorded via: ☑ AT&T  ☐ CourtFlow  ☐ Court Reporter: _____

DOCKET No. **21 MAG 12388**    DEFENDANT: **Glenn Greeson**
☑ PRESENT  ☐ NOT PRESENT  ☐ PRESENT WITHOUT COUNSEL

AUSA: **Kristen Dorfman**    DEFENSE COUNSEL: **Frank LaBuda**
☑ RETAINED  ☐ FEDERAL DEFENDER  ☐ CJA  ☐ PRESENTMENT ONLY

INTERPRETER: _____    LANGUAGE: _____

☑ **INITIAL PRESENTMENT**  ☐ STATUS CONFERENCE  ☐ ORAL ARGUMENT  ☐ SENTENCING

☑ COMPLAINT FILED  ☑ READING WAIVED  ☐ FINANCIAL AFFIDAVIT APPROVED/SIGNED
☑ CONSENT TO MAGISTRATE JUDGE SIGNED/FILED
☐ COURT ENTERS PLEA OF NOT GUILTY ON BEHALF OF DEFENDANT
☑ DEF. PLEADS NOT GUILTY  ☐ DEF. PLEADS GUILTY  ☐ PLEADS GUILTY TO NON-CRIMINAL OFFENSE OF: _____
☑ DUE PROCESS PROTECTION ACT ORDER READ INTO RECORD/SIGNED
☑ ADJOURNED TO: **1-27-22 @ 9**  ☑ Status Conf. ☐ Trial ☐ Discovery ☐ Plea Negotiation ☐ Mitigation Discussion
   ☐ To obtain counsel  ☐ Other: _____
☑ PROCESSED BY USMS (Class A Misdemeanors only)
☐ DISMISSED - REASON:  ☐ GOVT MOTION  ☐ INTEREST OF JUSTICE  ☐ LACK OF EVIDENCE  ☐ UNABLE TO PROSECUTE
☑ ROR  ☐ REMAND

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER
☐ DETENTION HEARING SCHEDULED FOR: _____   ☐ AGREED CONDITIONS OF RELEASE
☐ BOND ENTERED
  Conditions of bond:  ☐ _____ FRP; ☐ Secured by $_____ Cash/Property
  ☐ Travel Restricted to: _____
  ☐ Surrender travel documents (& no new applications)
  ☐ Pretrial Supervision  ☐ Regular  ☐ Strict  ☐ As directed
  ☐ Drug Testing/Treatment as directed by PTS
  ☐ Mental Health Evaluation/Treatment as directed by PTS
  ☐ Submit to urinalysis; if positive, add condition of drug testing/treatment
  ☐ Home Incarceration; ☐ Home Detention; ☐ Curfew; ☐ Stand Alone Monitoring; ☐ Location Monitoring; ☐ GPS
  ☐ Def to continue or seek employment [or] ☐ Def to continue or start education program
  ☐ Def not to possess firearm/destructive device/other weapon
  ☐ All conditions to be met by: _____

## SENTENCING

☐ FINE $_____   ☐ ASSESSMENT $_____   ☐ RESTITUTION $_____ to be paid by _____
☐ ACD FOR: _____   ☐ Months ☐ Years   ☐ Compliance Date: _____
  Conditions of ACD: ☐ Attend Victim Impact Panel, Date: _____ Location: _____
    ☐ No new arrests/violations of State, Federal, Local Laws
    ☐ Counsel Treatment with proof of enrollment/completion
    ☐ Community Service  ☐ Hours: _____
    ☐ Prohibited from entering premises at: _____
    ☐ Prohibited from owing weapon or any destructive device
☐ JUDGMENT TO FOLLOW    ☐ ORDER OF DISMISSAL ENTERED    ☑ SEE TRANSCRIPT

Notes: _____

DATED: **12-29-21**    /s/ Martin R. Goldberg
Poughkeepsie, New York    UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.