UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21 MAG 12388 (MRG) |
| Plaintiff, | |
| -against- | **ORDER OF DISMISSAL** |
| Glenn A. Gerson | |
| Defendant. | |

---

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated:    29 day of June, 2022
Poughkeepsie, New York